UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Crim. No. 22-522 |
| v. | : | |
| BRIAN ADJAVON | : | |
| QUINTON SESSIONS | | |
| GEORGE WIGGINS | : | SUBSTITUTION OF ATTORNEY |

PLEASE TAKE NOTICE that Philip R. Sellinger, United States Attorney for the District of New Jersey, has reassigned the above-captioned matter to Anthony Torntore, Assistant U.S. Attorney (anthony.torntore@usdoj.gov), in substitution for Jamie Hoxie Solano, Assistant U.S. Attorney, who previously appeared in this matter.

                          PHILIP R. SELLINGER
                          United States Attorney

                          s/ Jamie Hoxie Solano
                          By:  Jamie Hoxie Solano
                          Assistant U.S. Attorney

Dated:     June 1, 2023