# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>BRIAN ADJAVON | Criminal No. 22-cr-522<br><br>**SENTENCING SUBMISSION NOTICE OF THE UNITED STATES** |

Please be advised that, on this date, the United States submitted sentencing materials to the Court in this case concerning the defendant Brian Adjavon.

                                          VIKAS KHANNA
                                          Attorney for the United States
                                          Acting Under Authority CONFERRED BY
                                          28 U.S.C. § 515

By:    */s/ Rebecca A. Sussman*
           Rebecca A. Sussman
           Assistant U.S. Attorney

January 9, 2024