**UNITED STATED DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**MINUTES OF PROCEEDINGS**

**OFFICE:** NEWARK  **DATE**: 1/10/2024
**JUDGE:** MICHAEL E. FARBIARZ
**COURT REPORTER:** Lisa A. Larsen

**TITLE OF CASE:**  **DOCKET#** 22-522

UNITED STATES OF AMERICA

        vs.

Brian Adjavon

**APPEARANCES:**

Rebecca Sussman, AUSA
Antonio J. Toto, Esq. for Defendant
Maribel Perez, Probation Officer
Defendant present

**Nature of Proceedings**: STATUS CONFERNECE HELD

Status conference held as to the pending sentencing in this matter.
Sentencing adjourned to 2/6/2024 at 2:00 p.m.
Defense counsel to submit its letter outlining the concerns discussed on the record by 1/18/2024, the Government shall file its response letter by 1/23/2024.
Defendant REMANDED to the custody of the USM.

**Time Commenced: 2:00**
**Time Adjourned:  3:00**
**Total Time: 1:00**

                                                 RoseMarie Olivieri
                                                 SENIOR COURTROOM DEPUTY